IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER, ) | |
| ) | |
| Plaintiff, ) | 8:04cv94 |
| ) | |
| v. ) | |
| ) | |
| STEPHEN J. CERVENY, ) | ORDER |
| ) | |
| Defendant. ) | |

The Clerk's Office has requested that Document Number 56 be stricken from the record for the following reason(s):

- Incorrect/incomplete document.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 56 from the record.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge