IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY ROY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv94 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEPHEN J. CERVENY, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 55, the motion for reconsideration filed by the plaintiff, Billy Tyler. This case is on appeal, and accordingly, no further action will be taken by the court at this time.. Filing no. 55 is denied.

    SO ORDERED.

    DATED this 25th day of April, 2005.

                                             BY THE COURT:

                                             s/ RICHARD G. KOPF
                                             United States District Judge